## Barket, Marion, Epstein & Kearon, LLP
Attorneys at Law

666 Old Country Road, Suite 700
Garden City, New York 11530
[P] 516.745.1500 • [F] 516.745.1245

5 Columbus Circle, Suite 710
New York, New York 10019
[P] 212.972.1710 •
[Send mail to Garden City]

www.barketmarion.com

January 21, 2016

Hon. Joseph F. Bianco
United States District Court
Eastern District
100 Federal Plaza
Central Islip, New York 11722

Re: **Howell v. Nassau County, *et al***
15-cv-4275

Dear Judge Bianco:

As you are aware, this firm represents Plaintiff Kyle Howell in the above-referenced matter. Kindly be advised that the Nassau County criminal trial against Defendant LoGuidice has concluded and the Plaintiff is ready to proceed with the federal action.

Thank your Honor for your attention to this matter.

Respectfully submitted,

/s/
Amy B. Marion

ABM/msh

cc: All counsel (via ECF)