# REBORE, THORPE & PISARELLO, P.C.
ATTORNEYS AT LAW

WILLIAM J. PISARELLO
TIMOTHY J. DUNN, III
BRIAN A. A'HEARN
JOSEPH F. PUSATERI
CHRISTINE M. GIBBONS

500 BI-COUNTY BLVD, SUITE 214N
FARMINGDALE, N.Y. 11735
Phone:  (631) 249-6600
Fax:     (631) 249-8190

January 29, 2018

HONORABLE STEVEN I. LOCKE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 Federal Plaza
Central Islip, NY 11722-9014

                            Re: Howell v. County of Nassau
                                2:15 cv-04275 (JFB) (SIL)

Dear Judge Locke:

    Please be advised that my office represents the interests of the defendant, Police Officer Basil Gomez. Pursuant to Your Honor's last scheduling order, the identification of case in chief experts and Rule 26 disclosure for case in chief experts are to be exchanged by January 29, 2018. As we discussed at the conference before Your Honor, currently the plaintiff Kyle Howell is incarcerated in Coxsackie, New York in the Greene County Correctional Center.

    It is respectfully requested, at this time, that Your Honor grant the defendants an extension of time to have the plaintiff examined by a physician. It is further requested that the defendants seek guidance from the court as to how to do this. We would either request that he be brought down to Nassau County Correctional Facility for this examination, or if the defendants could conduct the independent medical examination of the plaintiff two weeks before the trial of the case. Once again, the defendants request guidance on this issue and request an extension of time for this discovery.

I thank you in advance for your consideration to this request.

					Very truly yours,

					REBORE, THORPE & PISARELLO, P.C.

					Joseph F. Pisateri

JFP:jef

cc:	Amy B. Marion, Esq.
	Barket Marion Epstein & Kearon, LLP
	666 Old Country Road, Suite 700
	Garden City, New York 11530
	(516) 745- 1500
	amarion@barketmarion.com

	James M. Murphy, Esq,
	Montfort Healy McGuire & Sally
	840 Franklin Avenue
	Garden City, New York 11530
	yankmurph@yahoo.com

	John Hanley, Esq. Deputy County Attorney
	Nassau County Attorney's Office
	One West Street
	Mineola, New York 11501
	jhanley@nassaucountyny.gov