

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

November 14, 2018

**via ELECTRONIC FILING**
Magistrate Judge Stephen Locke
United State District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   *Howell v. County of Nassau, et al.*
             Docket No.:  15-CV-04275

Judge Locke:

     We are writing to confirm that Kyle Howell is expected to be released from prison in advance of the pretrial conference scheduled for January 30, 2019. Therefore, on the consent of all parties, we respectfully request that immediately following the pretrial conference we remain with Your Honor for a settlement conference.

     Thank you for your continued consideration.

                                                        Respectfully submitted,

                                                         /s/ ark
                                                Alexander R. Klein, Esq.

ARK:lr
cc: All parties (via ECF)