| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 1/30/2019 |
| U.S. MAGISTRATE JUDGE | TIME: 2:00 pm |

CASE: **CV 15-4275(JFB) Howell v. The County of Nassau et al**

TYPE OF CONFERENCE:   SETTLEMENT/PRETRIAL          FTR: 2:07-2:09; 2:53-3:00

APPEARANCES:
  For Plaintiff:   Alex Klein

  For Defendant: Joseph Pusaterri
        John Hanley
        James Murphy

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒  Other:   Settlement conference held. The case is marked settled. Next status conference set for 4/30/2019 at 11:30 am.


                    SO ORDERED

                    /s/Steven I. Locke
                    STEVEN I. LOCKE
                    United States Magistrate Judge