| LAURA CURRAN |  | JARED A. KASSCHAU |
|---|---|---|
| County Executive | | County Attorney |

COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY

April 24, 2019

**VIA ECF**
Magistrate Judge Steven I. Locke
100 Federal Plaza
Central Islip, NY 11722

      **RE:**   KYLE HOWELL v. THE COUNTY OF NASSAU, POLICE
              OFFICER GOMEZ, and POLICE OFFICER LOGUIDICE
              Index # 15-cv-4275 (SIL)(JFB)

Dear Magistrate Judge Locke:

Our office represents the County of Nassau in the above referenced matter which was settled, pending Legislative approval, before Your Honor on January 30, 2019. A status conference is scheduled before on April 30, 2019 to confirm that the settlement has been approved. The settlement has been submitted to the Legislature for approval and we are currently waiting for the matter to be put on their agenda. It is expected that the settlement will be voted on by the Legislature at the May 20th session.

We are respectfully requesting, with the consent of all the parties, that the status conference scheduled for April 30th be adjourned to a date after May 20th, which is convenient to the Court. It is expected that at that time we will be able to report to Your Honor the resolution of the settlement with the Legislature.

Thank you in advance for your consideration in this matter. If you have any questions or need additional information, please do not hesitate to contact the undersigned.

                                                      Sincerely,

                                                      John J. Hanley
                                                      Assistant County Attorney

cc.    Barket Epstein Kearon Aldea & LoTurco, LLP
        666 Old Country Rd #700,
        Garden City, NY 11530
        Attention: Alexander R. Klein

        James M. Murphy, Esq.
        Montfort, Healy McGuire & Sally

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
516-571-6063 (sender's direct line), FAX 516-571-3058*
Sender's email: jhanley@nassaucountyny.gov*
*not for service of process*

840 Franklin Avenue
Garden City, NY 11530

Rebore, Thorpe & Pisarello, P.C.
500 Bi-County Blvd, Suite 214N
Farmingdale, NY 11735